THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN CANTAVE, Appellant.

Submitted August 12, 2013; decided September 17, 2013

Motion to clarify opinion denied [*see* 21 NY3d 374 (2013)].

QUAKER HILLS, LLC, Respondent, v PACIFIC INDEMNITY CO., Appellant.

Decided September 17, 2013

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

TRUMP SECURITIES, LLC, et al., Respondents, v PUROLITE COMPANY et al., Appellants, et al., Defendant.

Submitted July 15, 2013; decided September 17, 2013

Motion for reargument granted and, upon reargument, motion for leave to appeal denied [*see* 21 NY3d 987 (2013)].

Judge ABDUS-SALAAM taking no part.